# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 25, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

148927

MATTHEW HELTON,
          Plaintiff-Appellant,

v

LISA MARIE BEAMAN and DOUGLAS
BEAMAN,
          Defendants-Appellees.
_____/

SC:  148927
COA:  314857
Oakland CC Family Division:
   2012-798218-DP

     By order of the Chief Justice, the defendants-appellees, having failed to file a brief on appeal in contravention of the order granting leave to appeal and MCR 7.309(B)(2) for the stated reason that counsel, who appeared on their behalf in the Court of Appeals, was not compensated to represent them in this Court, forfeit the right to oral argument when the case is heard at the April 2015 session of the Court.  MCR 7.309(B)(3).  In light of that forfeiture, the time allotted to plaintiff-appellant for oral argument shall be limited to fifteen minutes.  MCR 7.315(B).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

    March 25, 2015           

                              Clerk